GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Assistant United States Attorney
Arizona State Bar No. 031263
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: addison.santome@usdoj.gov
Attorneys for Plaintiff

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 1 2 2022

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-22-00317-PHX-DJH (MTM) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. § 924(a)(1)(A) (False Statement During the Purchase of a Firearm) Counts 1-12 |
| Ricardo Jose Garcia, | | |
| Defendant. | | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**<u>COUNTS 1 - 12</u>**

On or about the dates listed below, in the District of Arizona, Defendant RICARDO JOSE GARCIA knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant RICARDO JOSE GARCIA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating that Defendant RICARDO JOSE GARCIA resided at an

address in Somerton, Arizona, whereas in truth and fact, Defendant RICARDO JOSE GARCIA knew that he resided at a different address:

| Count | Date | Location |
|-------|------|----------|
| 1 | 9/28/2018 | Sprague's Sports (Yuma) |
| 2 | 6/4/2019 | Sprague's Sports (Yuma) |
| 3 | 7/30/2019 | Sprague's Sports (Yuma) |
| 4 | 8/6/2019 | Sportsman's Warehouse (Yuma) |
| 5 | 9/4/2019 | Sportsman's Warehouse (Yuma) |
| 6 | 9/13/2019 | Sportsman's Warehouse (Yuma) |
| 7 | 9/27/2019 | Sprague's Sports (Yuma) |
| 8 | 10/23/2019 | Sprague's Sports (Yuma) |
| 9 | 11/19/2019 | Sportsman's Warehouse (Yuma) |
| 10 | 12/9/2019 | CAL Ranch (Yuma) |
| 11 | 12/30/2019 | Sprague's Sports (Yuma) |
| 12 | 1/29/2020 | Jones & Jones (Somerton) |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 12 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 12 of this Indictment, the Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the Defendant is liable.

- 2 -

If any forfeitable property, as a result of any act or omission of the Defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  April 12, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

s/
ADDISON SANTOME
Assistant U.S. Attorney

- 3 -