GARY M. RESTAINO
United States Attorney
District of Arizona

ADDISON SANTOME
Arizona State Bar No. 031263
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.santome@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 22-00317-PHX-DJH |
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM AND RESPONSE TO PRESENTENCE REPORT |
| vs. | |
| Ricardo Jose Garcia, | Sentencing Hearing: 1/9/2023 |
| Defendant. | |

Defendant is before the Court for sentencing following his guilty plea to Count Twelve of the Indictment, False Statement During the Purchase of a Firearm, a violation of 18 United States Code (U.S.C.), § 924(a)(1)(A), a class D felony offense. Plaintiff United States of America, by and through its counsel of record, hereby submits its memorandum regarding sentencing of defendant Ricardo Jose Garcia ("Defendant"). The government's position regarding sentencing is based upon the files and records in this case, the stipulations in the plea agreement (Doc. 24), the Presentence Investigation Report (Doc. 28) and any argument that the Court may request at the sentencing hearing.

PRESENTENCE REPORT

The government, having reviewed the Pretrial Investigation Report (Doc. 28) prepared by U.S. Probation Officer Jonathan P. Spano, concurs with the recommendation and guideline calculation.

## SENTENCING RECOMMENDATION

Approximately three years ago, the Defendant purchased 14 firearms in 12 transactions using an address in Somerton, Arizona that he was not currently residing on the firearm transaction paperwork. The United States' investigation suggests that the Defendant was in fact residing in Mexico and using his sister, Yanneri Garcia Vallejo, and brother-in-law's, Michael Chavira, Somerton address for School and Employment that would require Arizona residency. In January 2020 during the investigation, agents spoke with Mr. Chavira at the Somerton address. Mr. Chavira told agents the Defendant has not lived with them for two to three years. During the pendency of this case, the Defendant presented an affidavit from Ms. Vallejo stating the Defendant lived with her at the Somerton address during the time of these transactions. Agents attempted to interview Ms. Vallejo, however she invoked her right to counsel and refused to answer questions about the Defendant's residency and her written statement. The government recognized that the Defendant may still choose to call Ms. Vallejo to contradict the United States' case in chief. To avoid calling multiple familial witnesses to testify and contradict each other, the parties reached this plea agreement to resolve this matter.

Regardless of the stipulation within the plea agreement, the United States submits a three-year probation sentence is in the interest of justice and achieves the purposes of sentencing established in 18 U.S.C. § 3553. The Defendant has strong familial ties and support within his community. He has performed very well during his pretrial release, to include maintaining employment and completing a mental health treatment program. He is young and does not have any criminal history. His agreement to plead guilty demonstrates his willingness to accept responsibility and move forward with his life. Since the Defendant was contacted by agents and based on records available to the government, he has not purchased firearms and has not engaged in further dangerous activity.

Based on the Pretrial Investigation Report (Doc. 28), the government's above comments, and the stipulations in the plea agreement (Doc. 24), the United States

respectfully request that the Court sentence the defendant to three years of probation.

Respectfully submitted this 6th day of January, 2023.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/Addison Santome*
>
> ADDISON SANTOME
> Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of January, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Cid Kallen
*Attorney for Defendant*

*s/Addison Santome*
U.S. Attorney's Office

- 4 -